## Pennsylvania State Real Estate Commission v. Keller, Appellant.

Argued March 14, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, ERVIN, WATKINS, and MONTGOMERY, JJ. (WOODSIDE, J., absent).

*Bruce E. Cooper,* for appellant.

*George W. Schroeck,* Assistant Attorney General, with him *Morris Dean,* Deputy Attorney General, and *Anne X. Alpern,* Attorney General, for appellee.

OPINION PER CURIAM, March 24, 1960:

The six judges who heard the argument of this appeal being equally divided in opinion, the order of the lower court is affirmed.

WOODSIDE, J., did not participate in the consideration or decision of this case.